UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM ROSE,

        Plaintiff,

   v.                                    Case No.: 2:23-CV-22-JLB-KCD

CELLULAR TOUCH WIRELESS, INC.,

        Defendant,
_____/

## ORDER

Defendant Cellular Touch Wireless, Inc. moves for "an order compelling production of documents obtained by Plaintiff [William Rose] via arbitration." (Doc. 40 at 1.)[1] The motion is opposed, but the Court need not await a response because it is untimely and thus **DENIED**.

Defendant waited until the day before discovery closed to seek relief from the Court. (*See* Doc. 37.) This violates the Middle District of Florida Discovery Handbook,[2] which requires the completion of discovery and resolution of issues related to discovery *before* the deadline. *Oil Consulting Enter., Inc. v. Hawker*

---

[1] This is Defendant's second motion to compel targeting the arbitration documents. The first was denied for procedural reasons. (*See* Doc. 38.) Defendant asks the Court to consider the current motion "nunc pro tunc as to the date of the original Motion to Compel." (Doc. 40 at 3.) The Court will do so because it does not alter the outcome.

[2] The Discovery Handbook binds the parties here. (*See* Doc. 17 at 2.)

*Beechcraft Glob. Customer Support, LLC*, No. 8:16-CV-3453-T-24AEP, 2017 WL 7355128, at *1 (M.D. Fla. Dec. 21, 2017).[3] A motion to compel filed only hours before the discovery deadline, as here, "certainly does not allow sufficient time to resolve the matter prior to the close of discovery." *Action Nissan, Inc. v. Hyundai Motor Am.*, No. 6:18-CV-380-ORL-78-EJK, 2020 WL 9173023, at *1 (M.D. Fla. Apr. 7, 2020).

Rather than seeking relief in May 2023 when Plaintiff objected to producing the arbitration documents, Defendant sat on its hands. That decision has consequences. The Court will not compel further production from Plaintiff now that discovery has closed. *See, e.g.*, *Pushko v. Klebener*, No. 3:05-CV-211-J-25HTS, 2007 WL 2671263, at *2 (M.D. Fla. Sept. 7, 2007) ("Motions to compel must be brought in a timely manner.").

**ORDERED** in Fort Myers, Florida on September 13, 2024.

Kyle C. Dudek
United States Magistrate Judge

---

[3] Unless otherwise indicated, all internal quotation marks, citations, and alterations have been omitted in this and later citations.