UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM ROSE, an individual,

    Plaintiff,

v.

CELLULAR TOUCH WIRELESS, INC., a Florida Corporation,

    Defendant,

_____/

Case No. 2:23-cv-22-JLB-KCD

## THIRD AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to the Court's Text Order (Doc. 51), it enters this Third Amended Case Management and Scheduling Order:

| | |
|---|---|
| **Final Pretrial Meeting** | 5/9/2025 |
| **All Other Motions (including motions *in limine*) and Trial Briefs (non-jury trials)** | 5/12/2025 |
| **Joint Final Pretrial Statement (including, as applicable, joint-proposed jury instructions and verdict form, case-specific *voir dire* questions, witness lists, and exhibit lists, all of which must also be emailed to the presiding trial judge's chambers email inbox as provided on the Court's public website)** | 5/16/2025 |

| **Final Pretrial Conference** | 5/30/2025        at 1:30 p.m. |
|---|---|
| **Monthly Trial Term** | 6/2/2025 |
| **Estimated Length of Trial** | 4 days |
| **Jury or Non-Jury** | Jury |

All other provisions of the prior scheduling order(s) entered in this case shall remain in effect unless expressly modified herein or by further court order.

**ORDERED** in Fort Myers, Florida on January 13, 2025.

Kyle C. Dudek
United States Magistrate Judge

2